# EXHIBIT "A"

## MEMBERS' OWNERSHIP INTERESTS

I.  The names, addresses and taxpayer identification numbers of the Members are as follows:

| Taxpayer Name | Address | SSN# |
|---|---|---|
| C. Randall Hamblen | 5651 Forkwood Trace, Acworth, Georgia 30101 | 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 |
| Janet Hamblen | 5651 Forkwood Trace, Acworth, Georgia 30101 | 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 |

II. Initial Capital Contribution and Ownership Interest:

| Name | Initial Contribution | | Initial Ownership Interest | |
|---|---|---|---|---|
| C. Randall Hamblen | $50.00 | #1 | 50% | 100 shares |
| Janet Hamblen | $50.00 | #2 | 50% | 100 shares |

III. Ownership Interest Transfer 1/14/03.

Hamblen Family Irrevocable Trust (Dustin)  $1.00  #3   50% = 100 shares

Hamblen Family Irrevocable Trust #1  $1.00  #4   50% = 100 shares

EXHIBIT
2



PDF created with pdfFactory Pro trial version www.pdffactory.com



PDF created with pdfFactory Pro trial version www.pdffactory.com



PDF created with pdfFactory Pro trial version www.pdffactory.com



PDF created with pdfFactory Pro trial version www.pdffactory.com



PDF created with pdfFactory Pro trial version www.pdffactory.com



PDF created with pdfFactory Pro trial version www.pdffactory.com